# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ANGELLA CALK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:25-cv-00240-ADA |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, ET AL ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

ON THIS DAY came on to be heard the above-styled and numbered case. Counsel of record for Angella Calk has Filed a Notice of Dismissal in this matter. This Notice has asked the Court to dismiss all remaining claims against Equifax Information Services, LLC with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS THEREFORE ORDERED that the Notice of Dismissal is GRANTED, and all remaining claims are to be dismissed with prejudice against Defendant Equifax Information Services, LLC.

All relief not expressly granted in this Order is DENIED.

IT IS SO ORDERED.

Dated this 17th day of June, 2025

_____
Honorable Judge Presiding